UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
LONG ISLAND DIVISION

| | |
|---|---|
| **ELIZABETH DIGIOVANNA,**<br>    Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>**and DOES 1 through 10 inclusive,**<br>    Defendant. | Case No.: 13-cv-07152-ADS-GRB |

## NOTICE OF SETTLEMENT

Plaintiff, ELIZABETH DIGIOVANNA, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendants, PERFORMANT RECOVERY, INC.; and DOES 1 through 10 inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Dated: March 17, 2014         RESPECTFULLY SUBMITTED,

By: /s/Shireen Hormozdi
Shireen Hormozdi (Bar No. 93993)
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road
Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Tel: 323-988-2400 x267
Fax: 866-929-2434
shireen@hormozdilaw.com
*Counsel for Plaintiff,*
*Elizabeth DiGiovanna*