

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH DIGIOVANNA,<br>Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1 through 10 inclusive,<br>Defendants. | Civil Action No.: 13-cv-07152-ADS-GRB<br><br>F I L E D<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ AUG 26 2014 ★<br><br>LONG ISLAND OFFICE |

### [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff ELIZABETH DIGIOVANNA against Defendant PERFORMANT RECOVERY, INC., and DOES 1 through 10 inclusive, are dismissed, with prejudice. Plaintiff ELIZABETH DIGIOVANNA and Defendant PERFORMANT RECOVERY, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED. *Case closed*

DATED: 8/26/14

_____
Judge Arthur D. Spatt
District Court Judge
Eastern District of New York